(92 South. 213)

### BOSWELL v. TOWN OF ECLECTIC.
### (5 Div. 368.)

(Court of Appeals of Alabama. Jan. 10, 1922.)

Appeal from Circuit Court, Elmore County; B. K. McMorris, Judge.

Proceedings between Joe Boswell and the Town of Eclectic. Judgment for the Town, and Boswell appeals. Reversed and remanded.

George F. Smoot, of Wetumpka, for appellant.
Holley & Milner, of Wetumpka, for appellee.

SAMFORD, J. Reversed and remanded on the authority of Glover Smith v. Town of Eclectic, ante, p. 329, 92 South. 212.

---

(92 South. 213)

### THORNTON v. TOWN OF ECLECTIC.
### (5 Div. 369.)

(Court of Appeals of Alabama. Jan. 10, 1922.)

Appeal from Circuit Court, Elmore County; B. K. McMorris, Judge.

Proceedings between R. A. Thornton and the Town of Eclectic. Judgment for the Town, and Thornton appeals. Reversed and remanded.

George F. Smoot, of Wetumpka, for appellant.
Holley & Milner, of Wetumpka, for appellee.

MERRITT, J. Reversed and remanded on the authority of Glover Smith v. Town of Eclectic, ante, p. 329, 92 South. 212.

---

(92 South. 213)

### JOHNSTON v. TOWN OF ECLECTIC.
### (5 Div. 366.)

(Court of Appeals of Alabama. Jan. 10, 1922.)

Appeal from Circuit Court, Elmore County; B. K. McMorris, Judge.

Proceedings between O. C. Johnston and the Town of Eclectic. Judgment for the Town and Johnston appeals. Reversed and remanded.

George F. Smoot, of Wetumpka, for appellant.
Holley & Milner, of Wetumpka, for appellee.

MERRITT, J. Reversed and remanded on the authority of Smith v. Town of Eclectic, ante, p. 329, 92 South. 212.